IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY McGARRIGLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL. | : | NO. 13-206 |

# ORDER

**AND NOW**, this 22nd day of May, 2013, upon consideration of Defendant Liberty Life Assurance Company of Boston's Motion to Dismiss (Docket No. 5), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** with respect to Plaintiff's claim for long term disability benefits and **DENIED** with respect to Plaintiff's claim for short term disability benefits. **IT IS FURTHER ORDERED** that Plaintiff's claim for long term disability benefits pursuant to Factory Mutual Insurance Company's Group Disability Insurance Policy is **DISMISSED** without prejudice.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.